IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
--------------------------------------------------------x
RICKY HILL,                                             :
                                                        :
                Plaintiff,                              :
                                                        :   Case No.
        v.                                              :
                                                        :   Hon.
MIAMI FC, LLC, MIAMI FC 2, LLC and                      :
SILVA INTERNATIONAL                                     :
INVESTMENTS HOLDINGS, INC.,                             :
                                                        :
                Defendants.                             :
--------------------------------------------------------x
```

# COMPLAINT

Plaintiff, Ricky Hill, by his undersigned counsel of record, for his complaint pursuant to 42 U.S.C. § 1981, against Defendants, Miami FC, LLC (f/d/b/a Miami FC), Miami FC 2, LLC (f/d/b/a Miami FC2), Silva International Investments Holdings, Inc., and National Independent Soccer Association, alleges as follows:

## I. NATURE OF THE CASE

1. This is an action for, *inter alia*, discrimination in hiring based on race and ethnicity, in violation of 42 U.S.C. § 1981.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of the instant complaint pursuant to 28 U.S.C. § 1331 because the Plaintiff's claims arise under the laws of the United States.

3. Venue is proper in this District pursuant to 28 U.S.C. §1391 because the unlawful employment practices and/or omissions were committed in whole or in part, in this District.

## III. PARTIES

4. Plaintiff, Ricky Hill, at all times material to the allegations in this Complaint, has been a citizen of England and permanent lawful resident of the United States, residing in Chicago, Illinois. Mr. Hill is Black.

5. Defendant, Miami FC, LLC, at all times material to the allegations in this Complaint, was the owner of a professional men's soccer team known as Miami FC and/or The Miami FC, with a principal business address of 1350 NW 55th St., Ft. Lauderdale, Florida, 33309.

6. Defendant, Miami FC 2, LLC, at all times material to the allegations in this Complaint, was the owner of a professional men's soccer team known as Miami FC and/or The Miami FC2, with a principal business address of 1001 Brickell Bay Dr., Ste. 2310, Miami, Florida, 33131.

7. Defendant, Silva International Investments Holdings, Inc., at all times material to the allegations in this Complaint, was the owner of Miami FC, LLC and Miami FC 2, LLC, with a principal business address of 1001 Brickell Bay Dr., Ste. 2306, Miami, Florida, 33131.

## IV. FACTS

**A. Examples of Ricky Hill's Career Achievements**

8. Ricky Hill was an elite level football player in England from 1976 to 1989, which included playing on the England national football team (representing England in international competition) from 1982 to 1986.

9. In 1992, as a player-coach for the Tampa Bay Rowdies in the American Professional Soccer League, which was then the premier U.S. professional soccer league, Mr. Hill led his team to two national finals and, among other awards, was voted the league's coach of the year and was a first team all-star.

10. In 1994, Mr. Hill was the Technical Director of the Cocoa Expos in the United States Interregional Soccer League, the premier U.S. professional soccer league at that time. He led that team to a divisional title and an appearance in the national championship, finishing as runner up in the 72-team nationwide league.

11. From 1996 through 1999, Mr. Hill was the Premier League club Sheffield Wednesday Academy U19 development head coach, charged with the future development of U18 players assisting to elevate them into the first team. The Premier League is the top professional football league in the world.

12. In 2003, Mr. Hill was appointed Technical Director and head coach of San Juan Jabloteh in the Trinidad and Tobago Professional Football League. He led the club to unprecedented success, winning four out of a possible five competition trophies, including the prestigious Caribbean Football Union, signifying the best professional club team in the Caribbean, and qualifying for the Concacaf Champions League (the top-level club knockout competition in the Concacaf region.) The San Juan team's success resulted in Mr. Hill winning his second professional coach of the year award for 2003-2004.

13. During Mr. Hill's tenure with San Juan Jabloteh, 13 players from the team represented the Trinidad and Tobago national team, which qualified for the 2006 World Cup Finals in Germany, for the only time in the country's history.

14. In 2012, as head coach of the Tampa Bay Rowdies, then of the North American Soccer League ("NASL"), which was known as the second division of U.S. Soccer, with Major League Soccer ("MLS") being the first, Mr. Hill led his team to a national championship which was the franchise's first in 27 years. Mr. Hill received his third professional coach of the year award from the NASL (his second within US professional soccer).

15. As coach of the Tampa Bay Rowdies. Hill amassed a 53% winning record, which was the second highest winning percentage in the NASL's modern history.

16. Subsequent to Mr. Hill's departure from NASL in 2014, four coaches from that league have been elevated to the MLS, none of whom achieved the degree of success that Mr. Hill had with the Tampa Bay Rowdies.

**B. Miami FC and Miami FC2 Do Not Even Respond to Mr. Hill's Request to Be Considered for the Open Head Coach Position.**

17. Miami FC's formation was announced in May of 2015, and the club started play in the NASL in 2016.

18. Miami FC's first head coach was Alessandro Nesta. Mr. Nesta resigned his head coach position in November of 2017.

19. Following Mr. Nesta's departure from Miami FC, Mr. Hill began seeking to be considered for the open head coach position at Miami FC.

20. In November of 2017, a friend and associate of Mr. Hill's, Matt Clarke, began reaching out on Mr. Hill's behalf to Miami FC's Chief Executive Officer, Sean Flynn, and its Chief Financial Officer, Michael Abes, regarding Mr. Hill's potentially filling the head coach position.

21. Mr. Clarke sent an email, dated November 30, 2017, to Mr. Flynn and Mr. Abes, expressing Mr. Hill's interest in applying for the recently vacated head coach position at Miami FC.

22. Mr. Clark also provided a brief overview of Mr. Hill's resume and successes, and requested permission to forward Mr. Hill's resume for Miami FC's consideration.

23. At the time of Mr. Clarke's communications with Miami FC, the club was competing in the NASL, in which Mr. Hill had amassed the second-best winning record in the modern history of the league.

24. Neither Mr. Flynn, Mr. Abes, nor anyone else on behalf of Miami FC ever responded to Mr. Clark's inquiries or communicated in any manner to Mr. Hill directly or indirectly regarding his request to be considered for the head coach position of Miami FC.

25. In January of 2018, the NASL disbanded and Miami FC's ownership moved its club to the National Premier Soccer League ("NPSL"), calling it Miami FC 2, which included 12 members of its 2017 NASL roster.

C. **Miami FC Hires a Series of Non-Black Head Coaches, Each Less Qualified than Mr. Hill.**

26. Miami FC 2 hired Paul Dalglish as their head coach. Mr. Dalglish is white.

27. At the time of his appointment, Mr. Dalglish was objectively less qualified than Mr. Hill for the position of head coach of Miami FC 2.

28. In fact, Mr. Dalglish was the head coach of the Tampa Bay Rowdies from 2008 to 2010, but having failed to produce a winning season in 2010, he was relieved of his duties at the end of that year. Mr. Hill replaced Mr. Dalglish as the Tampa Bay Rowdies' head coach in January of 2011.

29. Mr. Hill's successes as head coach of the Tampa Bay Rowdies included winning the NASL championship title in 2012, for the first time since the club won it in 1975.

30. Mr. Dalglish had neither the elite level playing career, the elite level player development experience, nor any equivalent professional success as a head coach at the time Miami FC 2 hired him as head coach over Mr. Hill.

31. For the 2019 NPSL season, the club returned to playing as Miami FC.

32. In July of 2019, the team moved to the National Independent Soccer Association ("NISA"), which is classed as the fourth division of USA professional soccer.

33. Mr. Dalglish was hired for the position of General Manager of Miami FC in November of 2019. The club hired Nelson Vargas to replace Mr. Dalglish as its head coach.

34. Mr. Vargas has nothing approaching Mr. Hill's experience as a player or coach. He played in the MLS for 5 seasons and appeared in 4 international matches. Based on Plaintiff's knowledge, and confirmed by sports-related articles online, Mr. Vagas' only coaching experience prior to his hiring was as an assistant coach to Mr. Dalglish at Miami FC.

35. After three losses at the start of the season Mr. Vargas was replaced by Paul Dalglish, who resumed his prior role as head coach while serving as General Manager at Miami FC.

36. In 2020, Miami FC joined the United Soccer League ("USL") Championship League. As a USL member team, Miami FC hired Anthony Pulis to replace Paul Dalglish in November of 2021. Mr. Pulis is white.

37. Mr. Pulis has far less playing and coaching experience, success and credentials than Mr. Hill and is objectively less qualified for the job of head coach of Miami FC than Mr. Hill.

38. To date, Mr. Hill has never been afforded an opportunity to be considered for the head coaching position at Miami FC.

V. **CAUSE OF ACTION**

**COUNT I**
**(Discrimination in Violation of 42 U.S.C. §1981 Against All Defendants)**

39. Plaintiff restates and realleges the allegations of paragraphs 1 through 38 as if fully set forth herein.

40. By their above-described acts and omissions, including declining to hire Plaintiff for the position of head coach of Miami FC and/or Miami FC 2, and by hiring, instead, less qualified white candidates, Defendants have subjected Plaintiff to discrimination and thwarted

6

Plaintiff's contract opportunities and equal enjoyment of the rights, privileges and benefits enjoyed by white citizens based on, and because of, his race and ethnicity in violation of 42 U.S.C. §1981.

41. Defendants have demonstrated repeatedly a preference for demonstrably less qualified white candidates over Plaintiff, who is Black, because Plaintiff is Black.

42. As a direct and proximate cause of Defendants' discriminatory acts, Plaintiff has and will continue to suffer pecuniary losses, emotional anguish and stress, and has been negatively impacted in terms of employment opportunities and compensation related thereto.

43. Defendants' conduct herein has been intentional, willful, and in wanton disregard for Plaintiff's rights, and Defendants knew their actions would cause injury to Plaintiff.

## VI. **RELIEF**

Plaintiff seeks the following relief herein:

(1) a determination and finding that Defendants have violated Plaintiff's rights under 42 U.S.C. § 1981;

(2) an injunction ordering Defendants to refrain from continued discrimination against Plaintiff;

(3) an order that Plaintiff be paid damages to the full extent permitted under 42 U.S.C. § 1981;

(4) an order that Plaintiff be paid back pay and front pay;

(5) an order of an award of compensatory damages in amounts to be determined by a jury;

(6) an order of an award of punitive damages in amounts to be determined by a jury to deter Defendants from continued discriminatory conduct and to punish Defendants for having engaged in discriminatory conduct as to Plaintiff;

(7) an award of Plaintiff's attorney's fees, court costs and prejudgment interest; and

(8) any additional relief as may be reasonable to make Plaintiff whole and effectuate justice.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

                              Respectfully submitted,

                              RICKY HILL

            By:    /s/Steven M. Shebar
                    (One of his Attorneys)

SHEBAR LAW FIRM
Steven M. Shebar
0N370 Fanchon St.
Wheaton, Illinois 60187
(630) 877-6833
steveshebar@shebarlaw.com
*Attorneys for Plaintiff Ricky Hill*